IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, L.L.C., </br></br>   Plaintiff, </br></br> v. </br></br> A&E TELEVISION NETWORKS, </br></br>   Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 3:09-0502 </br> ) Judge Trauger </br> ) </br> ) </br> ) </br> ) |

## DEFENDANT AETN'S MOTION FOR LEAVE OF COURT TO MANUALLY FILE TWO DVDS AND ONE CD

Defendant A&E Television Networks ("AETN"), pursuant to Local Rule 5.03(a) and the Administrative Order governing electronic filings, hereby moves this Court for leave to manually file the following physical materials in connection with AETN's Request for Judicial Notice in Support of its Motion to Dismiss: (1) a DVD copy of an episode of the television documentary series *City Confidential* entitled "Knoxville, TN: Phantom Hitman" (hereinafter the "Program"); (2) a DVD copy of a portion of the Program; and (3) a CD sound recording performed by the Osborne Brothers which embodies the musical composition "Rocky Top." AETN requests that these materials, which are to be submitted as Exhibits A, A-1, and C to Defendant's Request for Judicial Notice, respectively, be filed manually for good cause since they cannot be filed through the ECF system.

**WHEREFORE**, Defendant AETN respectfully requests that this Honorable Court GRANT its Motion for Leave of Court to manually file certain physical materials in connection with AETN's Request for Judicial Notice in Support of its Motion to Dismiss.

1

3027673

Respectfully submitted,

/s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
W<span>ALLER</span> L<span>ANSDEN</span> D<span>ORTCH</span> & D<span>AVIS</span>, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Facsimile: (615) 244-6804
E-mails: robb.harvey@wallerlaw.com and
heather.hubbard@wallerlaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served via hand-delivery and submitted via the Court's Electronic Case Filing system on this 11th day of August, 2009, to the following counsel of record:

Richard S. Busch
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37201

/s/ Robb S. Harvey
*Counsel for Defendant*