**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-0502 |
| ) | Judge Trauger |
| A & E TELEVISION NETWORKS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Given the pendency of a Motion to Dismiss (Docket No. 6), it is hereby **ORDERED** that the initial case management conference scheduled for August 17, 2009 is **CONTINUED**, to be reset, if appropriate, after disposition of this motion.

It is so **ORDERED**.

ENTER this 13th day of August 2009.

_____
ALETA A. TRAUGER
U.S. District Judge