IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED**

| | |
|---|---|
| HOSE OF BRYANT PUBLICATIONS, L.L.C., ) ) ) Plaintiff, ) ) v. ) ) A&E TELEVISION NETWORKS, ) ) Defendant. ) ) | Civil Action No. 3:09-0502 Judge Trauger |

HOUSE OF BRYANT PUBLICATIONS, L.L.C.,

  Plaintiff,

v.

A&E TELEVISION NETWORKS,

  Defendant.

Civil Action No. 3:09-0502
Judge Trauger

## DEFENDANT AETN'S MOTION FOR LEAVE OF COURT TO MANUALLY FILE TWO DVDS AND ONE CD

Defendant A&E Television Networks ("AETN"), pursuant to Local Rule 5.03(a) and the Administrative Order governing electronic filings, hereby moves this Court for leave to manually file the following physical materials in connection with AETN's Request for Judicial Notice in Support of its Motion to Dismiss: (1) a DVD copy of an episode of the television documentary series *City Confidential* entitled "Knoxville, TN: Phantom Hitman" (hereinafter the "Program"); (2) a DVD copy of a portion of the Program; and (3) a CD sound recording performed by the Osborne Brothers which embodies the musical composition "Rocky Top." AETN requests that these materials, which are to be submitted as Exhibits A, A-1, and C to Defendant's Request for Judicial Notice, respectively, be filed manually for good cause since they cannot be filed through the ECF system.

**WHEREFORE**, Defendant AETN respectfully requests that this Honorable Court GRANT its Motion for Leave of Court to manually file certain physical materials in connection with AETN's Request for Judicial Notice in Support of its Motion to Dismiss.

1

3027673