IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, L.L.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:09-0502 ) Judge Trauger |
| A&E TELEVISION NETWORKS, | ) ) |
| Defendant. | ) ) ) |

## DEFENDANT AETN'S NOTICE OF FILING

Pursuant to the Court's Order entered August 13, 2009, granting the Motion for Leave of Court to Manually File Two DVDs and One CD, Defendant A&E Television Networks ("AETN") submits for filing the following physical materials:

Exhibit A:  A DVD copy of an episode of the television documentary series *City Confidential* entitled "Knoxville, TN: Phantom Hitman" (hereinafter the "Program");

Exhibit A-1:  A DVD copy of a portion of the Program; and

Exhibit C:  A CD sound recording performed by the Osborne Brothers which embodies the musical composition "Rocky Top."

These are exhibits to AETN's Request for Judicial Notice, and a copy was served on Plaintiff's counsel on August 11, 2009, via hand delivery.

1

3031996.1

Respectfully submitted,

/s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Facsimile: (615) 244-6804
E-mails: robb.harvey@wallerlaw.com and
heather.hubbard@wallerlaw.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice (without attachments, previously served by hand delivery on Plaintiff's counsel) was electronically filed with the Court on this 13th day of August, 2009 and served through that system to the following counsel of record:

Richard S. Busch
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37201

/s/ Robb S. Harvey
Counsel for Defendants