## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **HOUSE OF BRYANT PUBLICATIONS, L.L.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 3:09-0502** |
| ) | **Judge Trauger** |
| **A&E TELEVISION NETWORKS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for A&E Television Networks ("AETN") hereby files its corporate disclosure statement.

AETN is a partnership with interests held by three entities, each of which owns more than ten percent (10%) of stock of AETN:

1)      Hearst Communications, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded. An affiliate, Hearst-Argyle Television Inc., is publicly traded;

2)      Disney/ABC International Television, Inc., whose ultimate parent company is The Walt Disney Company, which is publicly traded; and

3)      NBC-A&E Holding, Inc., whose ultimate parent companies are General Electric Company and Vivendi S.A., each of which is publicly traded.

1

Dockets.Justia.com

Respectfully submitted,

/s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Facsimile: (615) 244-6804
E-mails: robb.harvey@wallerlaw.com and
heather.hubbard@wallerlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Court and served via the Court's Electronic Case Filing system on this 13th day of August, 2009, to the following counsel of record:

Richard S. Busch
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37201

/s/ Robb S. Harvey
Counsel for Defendants

3032074.1