IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, L.L.C., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:09-0502 |
| A&E TELEVISION NETWORKS, ) ) | Judge Trauger |
| Defendant. ) ) ) | Jury Demand |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE AND FOR DEFENDANT'S REPLY**

The parties hereby jointly move as follows. Defendant AETN filed a Motion to Dismiss and a Request for Judicial Notice on August 11, 2009. Plaintiff's response and objection currently are due on August 25, 2009. The parties have reached agreement, as evidenced by the signatures of counsel below and subject to the Court's concurrence, as follows:

1. Plaintiff shall have an extension to and including September 3, 2009 to file a Response to the Motion to Dismiss and Objection to Defendant's Motion for Judicial Notice.

2. Defendant shall have until September 22, 2009 to file a Reply.

Respectfully submitted by:

/s/Richard S. Busch
Richard S. Busch (TN BPR No. 014594)
KING & BALLOW
311 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (tel)
(615) 248-2860 (fax)
*Attorneys for Plaintiff*

/s/Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (tel)
(615) 244-6804 (fax)
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed and served through the Court's system upon the following:

Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (tel)
(615) 244-6804 (fax)

This 21st day of August, 2009.

/s/Richard S. Busch
Counsel for Plaintiff