# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, L.L.C., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:09-0502 |
| A&E TELEVISION NETWORKS, ) ) | Judge Trauger |
| Defendant. ) ) ) | |

## NOTICE OF CORRECTION

Defendant A&E Television Networks hereby gives notice of an inadvertent mathematical error in its Memorandum of Law in Support of Motion to Dismiss for Failure to State a Claim [Docket No. 7]. Specifically, the decimal points in two references to percentages were misplaced. Attached as Exhibit A to this Notice is a corrected version of page 11. Exhibit A corrects only the percentages and does not affect the substance of the argument.

Respectfully submitted,

/s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Facsimile: (615) 244-6804
E-mails: robb.harvey@wallerlaw.com and
heather.hubbard@wallerlaw.com
*Counsel for Defendant*

3043087

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing Notice of Correction was electronically filed with the Court and served via the Court's Electronic Case Filing system on this 24th day of August, 2009, to the following counsel of record:

  Richard S. Busch
  King & Ballow
  315 Union Street, Suite 1100
  Nashville, TN  37201

             /s/ Robb S. Harvey
             Counsel for Defendants