IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED

| HOUSE OF BRYANT PUBLICATIONS, L.L.C., | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:09-0502 |
| A&E TELEVISION NETWORKS, | ) ) ) | Judge Trauger |
| Defendant. | ) ) ) | Jury Demand |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE AND FOR DEFENDANT'S REPLY**

The parties hereby jointly move as follows. Defendant AETN filed a Motion to Dismiss and a Request for Judicial Notice on August 11, 2009. Plaintiff's response and objection currently are due on August 25, 2009. The parties have reached agreement, as evidenced by the signatures of counsel below and subject to the Court's concurrence, as follows:

1.　Plaintiff shall have an extension to and including September 3, 2009 to file a Response to the Motion to Dismiss and Objection to Defendant's Motion for Judicial Notice.

2.　Defendant shall have until September 22, 2009 to file a Reply.