# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| House of Bryant Publications, L.L.C., <br><br>   Plaintiff, <br>v. <br><br>A&E Television Networks, <br><br>   Defendant. | Civil Action No. 3:09-0502 <br>Judge Trauger <br><br>JURY DEMAND |

## DECLARATION OF RICHARD S. BUSCH

I, Richard S. Busch, having personal knowledge of the facts contained in this declaration, state as follows:

1. I am an attorney authorized to practice before this Court and a partner in the law firm of King & Ballow. I am counsel of record in this case for plaintiff House of Bryant, L.L.C.

2. Attached hereto as **Exhibit A** is a true and accurate copy of relevant portions of AETN's website <aetv.com> showing which episodes of *City Confidential* are available for purchase on September 3, 2009.

3. Attached hereto as **Exhibit B** is a true and accurate copy of a December 3, 2008 letter from Susan Jenkins at House of Bryant to Abbe Raven at A&E Television Networks.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2009.

_____
Richard S. Busch

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed and served through the Court's system upon the following:

Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (tel)
(615) 244-6804 (fax)

This 3rd day of September, 2009.

/s/ Richard S. Busch
Counsel for Plaintiff