IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, LLC, ) ) ) Plaintiff, ) ) v. ) ) A&E TELEVISION NETWORKS, ) ) Defendant. ) ) | Case No. 3:09-0502 Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Request for Judicial Notice in Support of its Motion to Dismiss (Docket No. 5) is **GRANTED** to the extent that the court considered the materials requested by the defendant, and the defendant's Motion to Dismiss for Failure to State a Claim (Docket No. 6) is **DENIED**.

It is further **ORDERED** that the defendant shall file an Answer by November 16, 2009, and the initial case management conference shall be held on November 23, 2009 at 3:30 p.m.

It is so ordered.

Enter this 30th day of October 2009.

ALETA A. TRAUGER
United States District Judge