IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, L.L.C., ) ) ) Plaintiff, ) ) v. ) ) A&E TELEVISION NETWORKS, ) ) Defendant. ) ) | Civil Action No. 3:09-0502 Judge Trauger Jury Demand |

**JOINT MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT
CONFERENCE TO TUESDAY, NOVEMBER 24, 2009 OR
WEDNESDAY. NOVEMBER 25, 2009**

On October 30, 2009, the Court denied Defendant A&E Television Networks' Motion to Dismiss and set the Initial Case Management Conference for November 23, 2009 at 3:00 p.m. Doc. No. 23. Lead counsel for Plaintiff House of Bryant will be out of town on that date and time in a previously scheduled judicial proceeding. Lead counsel for Defendant A&E Television Networks will be out of town for depositions November 30, 2009 through December 11, 2009. Accordingly, the parties move jointly to continue the Initial Case Management to Tuesday, November 24, 2009 or Wednesday, November 25, 2009 at whatever time is most convenient for the Court.

Respectfully submitted by:

| | |
|---|---|
| /s/ Richard S. Busch | /s/ Robb S. Harvey |
| Richard S. Busch (TN BPR No. 014594) | Robb S. Harvey (Tenn. BPR No. 011519) |
| KING & BALLOW | Heather J. Hubbard (Tenn. BPR No. 023699) |
| 311 Union Street, Suite 1100 | WALLER LANSDEN DORTCH & DAVIS, LLP |
| Nashville, TN 37201 | 511 Union Street, Suite 2700 |
| (615) 259-3456 (tel) | Nashville, TN 37219 |
| (615) 248-2860 (fax) | (615) 244-6380 (tel) |
| *Attorneys for Plaintiff* | (615) 244-6804 (fax) |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed and served through the Court's system upon the following:

Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (tel)
(615) 244-6804 (fax)

This 17th day of November, 2009

/s/Richard S. Busch
Counsel for Plaintiff