IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, L.L.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| A&E TELEVISION NETWORKS, | ) ) |
| Defendant. | ) ) ) |

Civil Action No. 3:09-0502

Judge Trauger

Jury Demand

**Motion GRANTED**
**Reset for 11/24/2009**
**at 11:00 a.m.**

*[signature]*

**JOINT MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT
CONFERENCE TO TUESDAY, NOVEMBER 24, 2009 OR
WEDNESDAY. NOVEMBER 25, 2009**

On October 30, 2009, the Court denied Defendant A&E Television Networks' Motion to Dismiss and set the Initial Case Management Conference for November 23, 2009 at 3:00 p.m. Doc. No. 23. Lead counsel for Plaintiff House of Bryant will be out of town on that date and time in a previously scheduled judicial proceeding. Lead counsel for Defendant A&E Television Networks will be out of town for depositions November 30, 2009 through December 11, 2009. Accordingly, the parties move jointly to continue the Initial Case Management to Tuesday, November 24, 2009 or Wednesday, November 25, 2009 at whatever time is most convenient for the Court.