IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:09-0502 |
| A&E TELEVISION NETWORKS, ) | Judge Trauger |
| ) | |
| Defendant. ) | |

### MOTION FOR DEFENDANT AETN'S CORPORATE REPRESENTATIVE TO BE PERMITTED TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE

Defendant A&E Television Networks ("AETN") respectfully moves this Honorable Court for permission for AETN's corporate representative, David Sternbach, to attend the initial case management conference and to do so by telephone. Mr. Sternbach is Litigation and Intellectual Property General Counsel of AETN. Mr. Sternbach often attends court-mandated conferences on behalf of AETN as its corporate representative, and the undersigned counsel would appreciate the opportunity for him to attend the initial case management conference in this case. Because Mr. Sternbach is in New York, undersigned counsel requests that he be permitted to attend by telephone. Undersigned counsel has spoken with counsel for Plaintiff and there is no opposition to this Motion.

For these reasons, AETN respectfully requests that this Court GRANT this Motion and permit David Sternbach to attend the initial case management conference and to do so by telephone.

3193852.1

1

Respectfully submitted,

/s/ Heather J. Hubbard
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
E-mails: robb.harvey@wallerlaw.com and
heather.hubbard@wallerlaw.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2009, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including those listed below. Parties may access this filing through the Court's electronic filing system.

Richard S. Busch
Thomas J. Motzny
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37201

/s/ Heather J. Hubbard
Counsel for Defendants