IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:09-0502 |
| A&E TELEVISION NETWORKS, ) | Judge Trauger |
| ) | |
| Defendant. ) | |

**MOTION FOR DEFENDANT AETN'S CORPORATE REPRESENTATIVE TO BE PERMITTED TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE**

Defendant A&E Television Networks ("AETN") respectfully moves this Honorable Court for permission for AETN's corporate representative, David Sternbach, to attend the initial case management conference and to do so by telephone. Mr. Sternbach is Litigation and Intellectual Property General Counsel of AETN. Mr. Sternbach often attends court-mandated conferences on behalf of AETN as its corporate representative, and the undersigned counsel would appreciate the opportunity for him to attend the initial case management conference in this case. Because Mr. Sternbach is in New York, undersigned counsel requests that he be permitted to attend by telephone. Undersigned counsel has spoken with counsel for Plaintiff and there is no opposition to this Motion.

For these reasons, AETN respectfully requests that this Court GRANT this Motion and permit David Sternbach to attend the initial case management conference and to do so by telephone.

3193852.1

Dockets.Justia.com