# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| House of Bryant Publications, L.L.C., | ) |
| | ) |
| Plaintiff, | )   **Case No. 3:09-0502** |
| | ) |
| v. | )   **Judge Trauger** |
| | )   **Magistrate Judge Knowles** |
| A&E Television Networks, | ) |
| | )   **JURY DEMAND** |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Plaintiff House of Bryant Publications, L.L.C. gives notice of entry of appearance of

Thomas J. Motzny as a counsel of record on its behalf.

Dated: November 23, 2009

Respectfully submitted,

_____

Richard S. Busch (TN BPR No. 014594)
Thomas J. Motzny (TN BPR 027737)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 259-3456
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed and served through the Court's system upon the following:

Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (tel)
(615) 244-6804 (fax)

This 23rd day of November, 2009

/s/Thomas J. Motzny
Counsel for Plaintiff