# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| House of Bryant Publications, L.L.C., | ) |
| | ) |
| Plaintiff, | ) Case No. 3:09-0502 |
| | ) |
| v. | ) Judge Trauger |
| | ) Magistrate Judge Knowles |
| A&E Television Networks, | ) |
| | ) JURY DEMAND |
| Defendant. | ) |

## JOINT MEDIATION REPORT

Pursuant to the Initial Case Management Order entered on December 1, 2009 [D.E. 33], the parties submit this joint mediation report. The parties have set mediation before Senior District Judge Thomas A. Wiseman, Jr. on Thursday, January 21, 2010.

Respectfully submitted,

/s/ Richard S. Busch
Richard S. Busch (TN BPR No. 014594)
Thomas J. Motzny (TN BPR No. 027737)
KING & BALLOW
311 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (tel)
(615) 248-2860 (fax)
*Attorneys for Plaintiff*

/s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (tel)
(615) 244-6804 (fax)
*Attorneys for Defendant*

3214544.1