IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

HOUSE OF BRYANT PUBLICATIONS, L.L.C.,    )
                                          )
                                          )
v.                                        )      3:09-cv-0502
                                          )
A&E TELEVISION NETWORKS,                  )
                                          )

## ORDER

Before 12 noon on **Friday, January 15, 2010**, plaintiff and defendant shall deliver under seal <u>directly</u> to Ms. Nancy Duckwiler, Courtroom Deputy to Senior Judge Thomas A. Wiseman, Jr., 777 U.S. Courthouse, 801 Broadway, Nashville, Tennessee, separate ex parte settlement conference statements which shall specify their respective settlement positions. Each statement is to be furnished only to the Court and not to the other side. The statements shall <u>not</u> be filed with the Clerk of Court. In their respective statements, plaintiff and defendant shall make a candid assessment of the strengths and weaknesses of both sides of the case and shall make an appraisal of the issue of liability. Plaintiff's statement shall contain an assessment from plaintiff's viewpoint of plaintiff's damages and the strengths and weaknesses of plaintiff's position. Defendant's statement shall contain an assessment of the plaintiff's damages, defendant's exposure to those damages, and the respective strengths and weaknesses of defendant's position. Nothing in the way of a jury speech shall be contained in the settlement conference statements. Each statement shall contain an assessment of the economic cost of proceeding to trial.

Each settlement conference statement shall also contain a statement of the settlement authority extended by the clients based on the attorney's written evaluation and opinion, which shall be furnished to the respective clients in sufficient time to obtain express settlement instructions.

A settlement conference in this action will be held on **THURSDAY, JANUARY 21, 2010, at 10:00 a.m.** in Room 777 of the U.S. Courthouse in the chambers of Senior Judge Thomas A. Wiseman, Jr. All parties and their respective attorneys shall be present. A corporate party shall be represented by a person with complete authority to negotiate a final settlement.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge