# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, LLC ) | |
| ) | |
| v. ) | Civil No. 3:09-0502 |
| ) | Judge Trauger |
| A&E TELEVISION NETWORKS ) | |

## **O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

ENTER this 21st day of January, 2010.

_____
ALETA A. TRAUGER
U.S. District Judge