IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED**
**Extension of 7 days**

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, L.L.C., ) ) ) Plaintiff, ) ) v. ) ) A&E TELEVISION NETWORKS, ) ) Defendant. ) ) | Civil Action No. 3:09-0502 Judge Trauger Jury Demand |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS

On January 21, 2010, this Court ordered a stipulation of dismissal or other settlement document be filed within 20 days. Doc. No. 36. Despite working diligently, the parties have not been able to reduce their settlement agreement to final form but have made substantial progress. As such, the parties move this court for an extension of seven days to file the stipulation of dismissal or other settlement document.

Respectfully submitted by:

/s/ Thomas J. Motzny
Richard S. Busch (TN BPR No. 014594)
Thomas J. Motzny (TN BPR No. 027737)
KING & BALLOW
311 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (tel)
(615) 248-2860 (fax)
*Attorneys for Plaintiff*

/s/ Heather J. Hubbard
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (tel)
(615) 244-6804 (fax)
*Attorneys for Defendant*