# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| House of Bryant Publications, L.L.C., | ) |
| Plaintiff, | ) |
|  | ) Case No. 3:09-0502 |
| v. | ) |
|  | ) Judge Trauger |
|  | ) Magistrate Judge Knowles |
| A&E Television Networks, | ) |
|  | ) JURY DEMAND |
| Defendant. | ) |

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Parties herein have reached an agreement with respect to this case and stipulated to the dismissal of the action with prejudice. It therefore appears to the Court, as evidenced by the signatures below of counsel for the Parties, that this action has been compromised and settled, with no finding or admission of liability, and that the action between the Parties should be dismissed with prejudice. Accordingly, for good cause shown, it is

**ORDERED** that this action is **DISMISSED** with prejudice. Each party shall bear its own costs and fees, including costs and/or fees under Fed. R. Civ. P. 54 and/or the Copyright Act.

**IT IS SO ORDERED.**

_____
ALETA ARTHUR TRAUGER
UNITED STATES DISTRICT JUDGE

3566382.1

APPROVED FOR ENTRY:

/s/ Richard S. Busch
Richard S. Busch (TN BPR No. 014594)
Thomas J. Motzny (TN BPR No. 027737)
KING & BALLOW
311 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (tel)
(615) 248-2860 (fax)
*Attorneys for Plaintiff*

/s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (tel)
(615) 244-6804 (fax)
*Attorneys for Defendant*

## CERTIFICATE OF PERMISSION TO FILE

    I have received the express permission from Richard S. Busch to file this document in the United States District Court for the Middle District of Tennessee using the CM/ECF system.

    s/ Robb S. Harvey
    Filing User